### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEVYN RHODES** | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO. 26-3126** |
| | : |
| **SCHULSON COLLECTIVE LLC,** | : |
| **GIUSEPPE & SONS RESTAURANT** | : |
| **GROUP LLC** | : |

## ORDER

**AND NOW**, this 10th day of August 2026, upon the filing of an Answer (ECF 10), it is

**ORDERED**:

1.     Counsel and all parties are governed by this Court's Policies and Procedures, Electronic Discovery Standing Order, and Protocols for Remote Video Proceedings in effect at the time of the anticipated action found at www.paed.uscourts.gov;

2.     We will hold an **INITIAL PRETRIAL CONFERENCE** over the telephone on **August 25, 2026** at **12:15 P.M.** via ZoomGov (1-646-828-7666; Meeting ID: 165 350 5411; Passcode: 384818);

3.     The parties shall engage in early, ongoing and meaningful discovery planning proportional to the needs of your case including by preparing the information necessary for the Rule 26(f) Report for our review at the Initial Pretrial Conference including the fulsome stipulation of undisputed facts for purposes of discovery, disclosing an insurer's name and coverage terms, and, addressing the need for a F.R.E. 502 Order;

4.     The parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a) and shall produce copies of the identified documents, on or before **August 17, 2026**;

5.     The discovery period begins with this Order and the parties shall exchange written discovery requests to each other and third parties immediately including focusing this initial

discovery on information relevant to the most important issues available from the most easily accessible sources;

6.      After consulting with all parties, Plaintiff's counsel shall complete and file with the Clerk the required Report of the Rule 26(f) Meeting incorporating, at a minimum, all the information required in our Form Rule 26(f) Report (found on the Court website with our Policies and Procedures) and under paragraph 3 of this Order by no later than the close of business on **Friday, August 21, 2026**;

7.      Lead trial counsel is required to appear at the conference. If trial counsel is before a tribunal in another matter, an attorney in his or her office who is thoroughly familiar with this case is required to appear at the conference, and will then be designated as lead trial counsel for scheduling purposes; and,

8.      Lead trial counsel shall have addressed settlement with all parties and be prepared to discuss status of settlement at the conference, including authority from the clients to settle.

_____
KEARNEY, J.

2